**Adam C. Anderson (Bar No. 024314)**
**ANDERSON BANTA CLARKSON PLLC**
**48 North Macdonald**
**Mesa, AZ 85201**
**480-272-5983**
**adam@abclawgroup.com**
**Attorney for Plaintiff**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| **CRYSTAL SCOTT,** | |
| Plaintiff, | |
| v. | No. |
| **LVNV FUNDING, LLC.,** | **COMPLAINT & TRIAL BY JURY DEMAND** |
| Defendant. | |

NOW COMES the Plaintiff, CRYSTAL SCOTT, by and through her attorneys, SMITHMARCO, P.C., and for her Complaint against the Defendant, LVNV FUNDING, LLC., the Plaintiff states as follows:

### I. PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereinafter "FDCPA"), 15 U.S.C. §1692, et seq.

### II. JURISDICTION & VENUE

2. Jurisdiction arises under the FDCPA, 15 U.S.C. §1692 et seq., and pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1337.

3.    Venue is proper in this district pursuant to 28 U.S.C. §1391(b).

### III.    PARTIES

4.    CRYSTAL SCOTT, (hereinafter, "Plaintiff") is an individual who was at all relevant times residing in the City of Maricopa, County of Pinal, State of Arizona.

5.    The debt that Plaintiff was allegedly obligated to pay was a debt allegedly originally owed by Plaintiff to Sears National Bank (hereinafter, "the Debt").

6.    The debt that Plaintiff allegedly owed Sears National Bank was for a credit card, on which charges were incurred primarily for the personal use of Plaintiff and/or for household expenditure.

7.    Upon information and belief, Defendant purchased, acquired and/or otherwise obtained the debt for the purpose of collection from Plaintiff.

8.    At all relevant times, Plaintiff was a "consumer" as that term is defined by 15 U.S.C. §1692a(3).

9.    <u>LVNV FUNDING, LLC.</u>, (hereinafter, "Defendant") is a business entity engaged in the collection of debt within the State of Arizona. Defendant is registered as a limited liability company in the State of Delaware.

10.    The principal purpose of Defendant's business is the collection of debts allegedly owed to third parties.

11.    Defendant regularly collects, or attempts to collect, debts allegedly owed to third parties.

12.    During the course of its efforts to collect debts allegedly owed to third parties, Defendant sends to alleged debtors bills, statements, and/or other correspondence via the mail and/or electronic mail and initiates contact with alleged debtors via various means of telecommunication, such as the telephone and facsimile.

13.    At all relevant times, Defendant acted as a debt collector as that term is defined by 15 U.S.C. §1692a(6).

14. At all relevant times, Defendant acted through its duly authorized agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### IV. ALLEGATIONS

15. On or about May 10, 2013, Defendant filed a lawsuit against Plaintiff in the Maricopa/Stanfield Justice Court, County of Pinal, State of Arizona, captioned as *LVNV Funding LLC. v. Crystal C. Brister & John/Jane Doe Brister (If married),* with case number CV 2013-0650 (hereinafter, "the Pinal County Lawsuit").

16. The Pinal County Lawsuit was filed against Plaintiff relative to the Debt.

17. Sears National Bank, the original creditor of the Debt, first started to report the Debt as delinquent on Plaintiff's credit report in or around October 1996.

18. Plaintiff has not made a payment towards the Debt since 1996.

19. Upon information and belief, the Debt was charged off sometime prior to 2002.

20. Pursuant to Ariz. Rev. Stat. Ann. 12-548, the statute of limitations for a breach of a written contract executed within the State of Arizona is six (6) years.

21. On or about May 10, 2013, at the time Defendant filed the lawsuit against Plaintiff for the Debt, the statute of limitations for the Debt had passed.

22. Defendant had no authority to file a lawsuit against Plaintiff relative to the Debt, because at the time Defendant filed the lawsuit for the Debt the statute of limitations for the Debt had passed.

23. Defendant's filing of a lawsuit against Plaintiff relative to the Debt was false, deceptive and misleading given that at the time Defendant filed the lawsuit for the Debt the statute of limitations for the Debt had passed.

24. Defendant's filing of a lawsuit against Plaintiff relative to the Debt was unfair and unconscionable given that at the time Defendant filed the lawsuit for the Debt the statute of limitations for the Debt had passed.

25. In its attempts to collect the debt allegedly owed by Plaintiff to Sears National Bank, Defendant violated the FDCPA, 15 U.S.C. §1692, in one or more of the following ways:

    a. Used false, deceptive, misleading and unfair or unconscionable means to collect or attempt to collect an alleged debt in violation of 15 U.S.C. §1692e;

    b. Threatened to take action that cannot legally or is not intended to be taken in violation of 15 U.S.C. §1692e(5);

    c. Used unfair and/or unconscionable means to collect or attempt to collect a debt in violation of 15 U.S.C. §1692f; and,

    d. Was otherwise deceptive and failed to comply with the provisions of the FDCPA.

26. As a result of Defendant's violations as aforesaid, Plaintiff has suffered, and continues to suffer, personal humiliation, embarrassment, mental anguish and emotional distress.

### V.    **JURY DEMAND**

27. Plaintiff hereby demands a trial by jury on all issues so triable.

### VI.    **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, CRYSTAL SCOTT, by and through her attorneys, respectfully prays for Judgment to be entered in favor of Plaintiff and against Defendant as follows:

    a. All actual compensatory damages suffered;

    b. Statutory damages of $1,000.00;

    c. Plaintiff's attorneys' fees and costs;

    d. Any other relief deemed appropriate by this Honorable Court.

```
                                          Respectfully Submitted,


                                          By:    s/ Adam C. Anderson
                                                 Adam C. Anderson
                                                 Attorney for Plaintiff,
                                                 CRYSTAL SCOTT
```

**August 27, 2013**

**Adam C. Anderson (Bar No. 024314)**
**ANDERSON BANTA CLARKSON PLLC**
**48 North Macdonald**
**Mesa, AZ 85201**
**480-272-5983**
**adam@abclawgroup.com**
**Attorney for Plaintiff**