IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Scott,<br><br>              Plaintiff,<br><br>v.<br><br>LVNV Funding, LLC,<br><br>              Defendant. | No. CV-13-01765-PHX-SRB<br><br>**ORDER** |

Plaintiff having filed a Notice of Settlement and Request to Stay all Deadlines;

IT IS ORDERED that this matter will be dismissed with prejudice within 45 days of the date of this order unless a notice of dismissal is filed prior to the dismissal date.

Dated this 10th day of December, 2013.

_____
Susan R. Bolton
United States District Judge